FILED
CLERK, U.S. DISTRICT COURT

6/30/2025

CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_\_MMC\_\_\_\_\_ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR No. 2:25-CR-00539-AB |
|---|---|
| Plaintiff, | I N F O R M A T I O N |
| v. | [18 U.S.C. § 111(a)(1): Simple Assault on Federal Officer] |
| KADE BYRAND, | |
| Defendant. | **[CLASS A MISDEMEANOR]** |

The United States Attorney charges:

[18 U.S.C. § 111(a)(1)]

On or about June 6, 2025, in Los Angeles County, within the Central District of California, defendant KADE BYRAND intentionally and forcibly assaulted, resisted, impeded, intimidated, and interfered with victim K.N., an employee of the Bureau of Prisons,

//

//

while K.N. was engaged in, and on account of, the performance of K.N.'s official duties.

BILAL A. ESSAYLI
United States Attorney

CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division

*/s/ Frances S. Lewis*

FRANCES S. LEWIS
Assistant United States Attorney
Chief, General Crimes Section

SHAWN T. ANDREWS
Assistant United States Attorney
Deputy Chief, General Crimes Section

MAX A. SHAPIRO
Assistant United States Attorney
General Crimes Section