```
BILAL A. ESSAYLI
United States Attorney
CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division
MAX A. SHAPIRO (Cal. Bar No. 334929)
Assistant United States Attorney
General Crimes Section
     1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-7419
     Facsimile: (213) 894-0141
     E-mail:    max.shapiro@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:25-CR-00539-AB |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE POST-INDICTMENT ARRAIGNMENT DATE FOR DEFENDANT KADE BYRAND |
| v. | |
| KADE BYRAND, | **CURRENT PIA DATE:** 7/7/2025<br>**PROPOSED PIA DATE:** 7/17/2025 |
| Defendant. | |

The United States Attorney's Office, defendant Kade Byrand ("defendant"), and defendant's counsel hereby stipulate to continue the Post-Indictment Arraignment in the above-entitled case currently set for July 7, 2025 at 11:30 a.m. to July 17, 2025, at 11:30 a.m.

7/2/2025                          _/s/ Max A. Shapiro_
DATE                              ASSISTANT UNITED STATES ATTORNEY

07/02/2025                        _/s/_
DATE                              KADE BYRAND

07/02/2025                        _/s/ Mark W._
DATE                              MARK J. WERSKMAN
                                  COUNSEL FOR DEFENDANT KADE BYRAND